IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VALDEZ LAMONT JORDAN, #B29482,** )<br>  )<br>           **Plaintiff,** )<br>    vs.                                             )<br>  )<br>**JOHN BARWICK,**                        )<br>**CHRISTINE BROWN,**                )<br>**PERCY MYERS, and**               )<br>**BOB PLUM,**                                )<br>  )<br>           **Defendants.** ) | Case No. 24-cv-02125-SMY |

# **PRELIMINARY INJUNCTION**

**YANDLE, District Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), the Court issues the following preliminary injunctive relief:

The Court **ORDERS** Defendants to schedule the appointments, within **14 days** of the date of this Order, for Plaintiff to undergo the EGD and colonoscopy procedures at the earliest available dates.

**DEFENDANTS ARE FURTHER ORDERED** to file a written notice on or before **October 30, 2024**, advising the Court of the date(s) and time(s) of Plaintiff's appointment(s) to undergo the EGD and colonoscopy; Defendants shall advise the Court in the event of any change in an appointment date or time, indicating all steps taken to reschedule the appointment and all steps taken to ensure compliance with this Order.

**DEFENDANTS ARE FURTHER ORDERED** to file a written notice (attaching all relevant medical records and documentation) within fourteen (14) days after each EGD/colonoscopy procedure, advising the Court what, if any, diagnoses result from the procedures, any

1

recommended treatment plan(s) for Plaintiff, and all steps taken to implement the plan(s) for treatment of his throat condition, stomach pain, and related symptoms.

**IT IS SO ORDERED.**

**DATED:  October 16, 2024**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**